# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW JERSEY, STATE OF CONNECTICUT, and STATE OF NEW YORK,<br><br>          *Plaintiffs,*<br><br>    v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>          *Defendants.* | Civ. No. 1:19-cv-03247-ABJ<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

To:   EILEEN T. McDONOUGH
       United States Department of Justice
       Environmental Defense Section
       P.O. Box 7611
       Washington, D.C. 20044
       *Counsel for Defendants*

Please take notice that this action is dismissed without prejudice, pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.


Dated: <u>January 3, 2020</u>

                          GURBIR S. GREWAL
                          *Attorney General of New Jersey*

                  By:  <u>/s/ Robert J. Kinney</u>
                          Robert J. Kinney
                          Aaron A. Love
                          *Deputy Attorneys General*
                          Division of Law
                          25 Market St., PO Box 093
                          Trenton, NJ 08625-0093
                          (609) 376-2762
                          Aaron.Love@law.njoag.gov

WILLIAM TONG
*Attorney General of Connecticut*

By:  /s/ Jill Lacedonia
Matthew I. Levine
Jill Lacedonia
*Assistant Attorneys General*
Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

LETITIA JAMES
*Attorney General of New York*

By:  /s/ Morgan A. Costello
Morgan A. Costello
*Chief, Affirmative Litigation*
Claiborne E. Walthall
*Assistant Attorney General*
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2392
Morgan.Costello@ag.ny.gov